HARRY BARCHAM and KARL BARCHAM, Appellants, v. PHILIP STEIN and MILBLANCH REALTY CORPORATION, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

ALICE M. CURRAN, as Administratrix, etc., of MICHAEL F. CURRAN, Deceased, Respondent, v. WILLIAM A. BROWN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

NATHAN MAGIDA and EMANUEL D. GREENBERG, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.*— Judgment modified by striking out the provision for $2,500 as counsel fees, and as so modified affirmed, with costs to the respondents. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW MORINO, Appellant.— Judgment reversed and a new trial ordered, upon the ground that the judgment is against the weight of the evidence. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.; O'Malley and Glennon, JJ., dissent and vote for affirmance.

GENERAL OUTDOOR ADVERTISING Co., INC., Appellant, v. COVROH REALTY COMPANY, INC., and Others, Defendants, Impleaded with D. WALTER HAGGERTY, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARRY J. KURRUS, Appellant, v. J. WILLIAM MENGEL and WESTCHESTER REALTIES, INC., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of the Application of LOUISE DE R. CAMPBELL, Respondent, for an Order Requiring WALTER C. B. SCHLESINGER, an Attorney at Law, and ROBERT MOERS and CHARLES S. ROSENSCHEIN, Copartners, etc., to Pay Over Certain Moneys Received in Their Capacity as Attorneys and Counsellors at Law, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE NEW YORK SAVINGS BANK, Respondent, v. BARRYMAN REALTY CORPORATION, Defendant, Impleaded with WILLY VOGELER and MARIE VOGELER, His Wife, Appellants.— Order affirmed, with twenty dollars costs and disbursements, and plaintiff's motion to strike out the answer and for summary judgment and for a reference granted. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. EVA DOLLINGER and Others, Defendants, Impleaded with 1069 PARK AVENUE COMPANY, INC., Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.